**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02591-NYW

OTTER PRODUCTS, LLC,

    Plaintiff,

v.

H.L. DALIS, INC.,

    Defendant.

---

**ORDER TRANSFERRING CASE**

---

Magistrate Judge Nina Y. Wang

    After conferring with the Honorable Richard P. Matsch, a United States District Judge for the District of Colorado, as required by D.C.COLO.LCivR 3.2(d), and with the approval of the Honorable Marcia S. Krieger, Chief Judge of the United States District Court for the District of Colorado, as required by D.C.COLO.LCivR 40.1(a), this case should be transferred to Senior Judge Matsch by special assignment as a related case under D.C.COLO.LCivR 40.1(d)(4)(B).

    Therefore, **IT IS ORDERED** that:

    (1)    Pursuant to D.C.COLO.LCivR 40.1(a) and (d)(4)(B), this case is **TRANSFERRED** to the Honorable Richard P. Matsch, United States District Judge for the District of Colorado.

DATED:  December 4, 2015             BY THE COURT:

<u>s/ Nina Y. Wang</u>
Nina Y. Wang
United States Magistrate Judge