**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                       March 15, 2016
Courtroom Deputy:   Robert R. Keech
FTR Technician:        Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. **14-cv-03133-RPM** | Counsel: |
| **FOREIGN TRADE CORPORATION, a California corporation, d/b/a Technocel**, | Farhad Novian
John C. Parks |
| Plaintiff, | |
| v. | |
| **OTTER PRODUCTS, LLC, a Colorado limited liability company**, | Lauren E. Schmidt
Elizabeth G. Tillotson |
| Defendant. | |

---

| | |
|---|---|
| Civil Action No. **15-cv-02575-RPM** | Counsel: |
| **OTTER PRODUCTS, LLC, a Colorado limited liability company**, | Lauren E. Schmidt
Elizabeth G. Tillotson |
| Plaintiff, | |
| v. | |
| **WIRELESS XCESSORIES GROUP, INC., a Delaware corporation**, | Farhad Novian
John C. Parks |
| Defendant. | |

| | |
|---|---|
| Civil Action No. **15-cv-02591-RPM** | Counsel: |
| **OTTER PRODUCTS, LLC, a Colorado limited liability company**, | Lauren E. Schmidt<br>Elizabeth G. Tillotson |
| Plaintiff, | |
| v. | |
| **H.L. DALIS, INC., a New York corporation**, | Farhad Novian<br>John C. Parks |
| Defendant. | |

## COURTROOM MINUTES

**DISCOVERY CONFERENCE**

**9:50 a.m.**   **Court in session.**

Court calls case.

Discussion regarding facts of the case, claims, defenses, and the filing of amended complaint in 14-cv-03133-RPM and amended counter-claims in 15-cv-02575-RPM and 15-cv-02591-RPM.

Court states its practice regarding orders of reference to magistrate judge for settlement practice (joint motion – Magistrate Judge Nina Y. Wang).

**ORDERED:** Parties shall file amended complaint in 14-cv-03133-RPM and file amended counter-claims in 15-cv-02575-RPM and 15-cv-02591-RPM **within 30 days.**

**ORDERED:** Discovery shall be **STAYED.**

**ORDERED:** Motion by Plaintiff and Counterclaim Defendant Foreign Trade Corp. d/b/a Technocel to Modify Scheduling Order to Extend Discovery Cutoff and Dispositive Motion Deadline [ECF Doc. No. 36 in 14-cv-03133-RPM], filed December 11, 2015, is **DENIED.**

**ORDERED:** Otter Products, LLC's Motion for Summary Judgment on Counterclaim for Breach of Contract [ECF Doc. No. 38 in 14-cv-03133-RPM], filed December 18, 2015, is **DENIED.**

**ORDERED:** Otter Products, LLC'S Motion for Summary Judgment on Plaintiff's Third, Fourth, Fifth, and Sixth Claims for Relief [ECF Doc. No. 40 in 14-cv-03133-RPM], filed December 18, 2015, is **DENIED.**

**ORDERED:** Plaintiff and Counterclaim Defendant Foreign Trade Corp. d/b/a Technocel's Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 [ECF Doc. No. 42 in 14-cv-03133-RPM], filed December 18, 2015, is **DENIED.**

**ORDERED:** Plaintiff and Counterclaim Defendant Foreign Trade Corp. d/b/a Technocel's Motion for Partial Summary Judgment [ECF Doc. No. 44 in 14-cv-03133-RPM], filed December 18, 2015, is **DENIED.**

**ORDERED:** Otter Products, LLC's Motion to Strike Untimely Expert Disclosures and Production of Documents and for the Appointment of a Special Master to Oversee the Deposition of Daniel Howard [ECF Doc. No. 47 in 14-cv-03133-RPM], filed December 31, 2015, is **DENIED.**

**ORDERED:** Otter Products, LLC's Partial Motion to Dismiss [ECF Doc. No. 23 in 15-cv-02575-RPM], filed December 22, 2015, is **DENIED.**

**ORDERED:** Otter Products, LLC's Partial Motion to Dismiss [ECF Doc. No. 23 in 15-cv-02591-RPM], filed December 23, 2015, is **DENIED.**

**10:17 a.m.**     **Court in recess.**

**Hearing concluded.  Total time:   27 minutes.**